# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00053-CV

**Currey Aviation Services, Inc., Appellant**

**v.**

**John E. Simmons and Captex Land Corporation, Appellees**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
## NO. 03-864-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 6, 2004, this appeal was abated because a sale of Currey Aviation Services, Inc., was pending in Robert B. Currey's bankruptcy proceeding.[1] Robert B. Currey was the sole owner of Currey Aviation Services, Inc. This Court has now been notified that the bankruptcy trustee authorized the sale of Currey Aviation Services, Inc., to appellees John E. Simmons and Captex Land Corporation. The sale has been completed. Currey Aviation Services, Inc., is no longer part of the bankruptcy estate, and its new owners, John E. Simmons and Captex Land Corporation, have notified this Court that they will no longer pursue this appeal.

---

[1] The notification of appellant's possible sale was the first notification that a bankruptcy proceeding was implicated.

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 42.1 (voluntary dismissal).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed

Filed:   July 1, 2004